## Transferred case has been opened

ohndecf@ohnd.uscourts.gov <ohndecf@ohnd.uscourts.gov>
Tue 4/21/2020 9:21 AM

**To:** LAMDml_InterdistrictTransfer <InterdistrictTransfer_LAMD@lamd.uscourts.gov>

CASE: 3:20-cv-00213

DETAILS: Case transferred from Louisiana Middle has been opened in Northern District of Ohio as case 1:20-op-45157, filed 04/21/2020.